FILED

01/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0333

IN THE SUPREME COURT OF THE STATE OF MONTANA
NO. DA 22-0333

STEPHANIE and CHRISTOPHER RASH,

     Plaintiffs and Appellees,

     vs.

CRAIG A. NEESVIG and SHANA NEESVIG,

     Defendants and Appellants.

CRAIG NEESVIG and SHANA NEESVIG,

     Counter Plaintiffs and Appellants,

     vs.

STEPHANIE RASH, CHRISTOPHER RASH,
NEAL RASH, and KEREN RASH,

     Counter Defendants, Third-Party Defendants, and Appellees.

NEAL RASH and KEREN RASH,

     Third-Party County Plaintiffs and Appellees,

     vs.

CRAIG NEESVIG and SHANE NEESVIG,

     Third-Party Counter Defendants and Appellants.

# ORDER OF DISMISSAL WITH PREJUDICE

On Appeal From
Montana Twentieth Judicial District Court, Sanders County
The Honorable Molly Owen
Cause No. DV-19-91

The parties to the above-captioned matter, by and through their counsel of record, having filed their Joint Stipulation for Dismissal With Prejudice, and for good cause appearing,

IT IS HEREBY ORDERED that above-captioned appeal is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this ___ day of January 2023.

_____
CLERK OF THE SUPREME COURT

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2023